

FEB 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOHN ANDREW GRESCHNE,

vs.

KEN CLARK, Warden,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-1092 OWW LJO HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

____     Granted for the following reason:

_X_     Denied for the following reason:
2255 is to dispute remedy - saving clause still available 2241 relief is inapposite.

Dated: 2-7-07

OLIVER W. WANGER
United States District Judge