IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN GRESCHNER,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>KEN CLARK,<br><br>　　　　　　Respondent. | No. CV-F-06-1092 OWW<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR RECONSIDERATION<br>(Doc. 9) |

　　　Petitioner moves for reconsideration of the February 8, 2007 Order denying a Certificate of Appealability in connection with Petitioner's appeal of the denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner contends he is entitled to reconsideration because a Certificate of Appealability is not required in order to appeal the denial of a Section 2241 petition.

　　　Petitioner's motion for reconsideration is DENIED. Petitioner's Section 2241 petition was denied because it is a second or successive motion to vacate, set aside or correct

1

sentence pursuant to 28 U.S.C. § 2255.  Therefore, a Certificate of Appealability is required.  *Porter v. Adams*, 244 F.3d 1006, 1007 (9th Cir.2001).

    IT IS SO ORDERED.

**Dated:**   **March 28, 2007**       /s/ Oliver W. Wanger
emm0d6      UNITED STATES DISTRICT JUDGE