UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRESCHNER,<br><br>        Petitioner,<br><br>   v.<br><br>KEN CLARK,<br><br>        Respondent. | 1:06-CV-01092-OWW-NEW-HC<br>Appeal Number 07-15365<br><br>ORDER REQUIRING PETITIONER TO SUBMIT NEW CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE FOR APPEAL<br><br>ORDER DIRECTING CLERK TO SERVE COPY OF THIS ORDER ON COURT OF APPEALS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On September 15, 2006, Magistrate Judge Lawrence J. O'Neill issued Findings and a Recommendation that the petition for writ of habeas corpus be dismissed. On October 18, 2006, District Judge Oliver W. Wanger adopted the Findings and Recommendation and dismissed the petition. Judgment was entered on October 18, 2006.

    On November 21, 2006, Petitioner filed a notice of appeal. On February 8, 2007, the district court issued an order denying the motion for certificate of appealability, and on February 12, 2007, the district court transmitted the certificate of record to the Court of Appeals for the Ninth Circuit.

    A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the

1 appeal is not taken in good faith.  See Fed. R. App. P. 24(a)(3).  In this case, petitioner paid the $5.00
2 filing fee for the petition and did not proceed in this court in forma pauperis.  Thus, petitioner is not
3 automatically entitled to proceed in forma pauperis on appeal.  On March 2, 2007, Petitioner filed a
4 motion for leave to proceed in forma pauperis on appeal and submitted a certified copy of his prison
5 trust account statement.  However, plaintiff's trust account statement did not include the last six
6 months.  The time period of the statement was "Sept. 20, 2007 thru Feb. 20, 2007, which is an
7 invalid time period.  Therefore, the court will provide petitioner with the opportunity to submit a
8 new certified copy of his prison trust account statement for the last six months, or in the alternative,
9 to pay the $455.00 appeal fee.

       Accordingly, the Court ORDERS that:

       1.     Petitioner is DIRECTED to submit a new certified copy of his prison trust account statement for the last six months, or in the alternative, pay the $455.00 filing fee, within thirty (30) days of the date of service of this order; and

       2.     The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   April 6, 2007**                    **/s/ Lawrence J. O'Neill**
b9ed48                                     UNITED STATES DISTRICT JUDGE